SELDEN FISH

v.

CHARLES GILBERT WHEELER.

*Practice—Judgment by Default—Undisposed-of Demurrer.*

It is improper to render a judgment by default, while a demurrer to the declaration is on file and undisposed of.

[Opinion filed April 3, 1889.]

IN ERROR to the Superior Court of Cook County; the Hon. ROLLIN S. WILLIAMSON, Judge, presiding.

Mr. FRANK IVES, for plaintiff in error.

Mr. HENRY M. PIERCE, for defendant in error.

GARY, J. There is no way to avoid reversing this judgment. A default was taken and judgment thereon entered, with a demurrer to the declaration on file. Mason v. Abbott, 83 Ill. 445 and cases there cited; Parrott v. Goss, 17 Ill. App. 110.

*Reversed and remanded.*